**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

REYNALDO MORA,

        Plaintiff,

vs.                                    CASE NO. 6:08-CV-954-ORL-19DAB

CEMEX, INC.,

        Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 40, filed July 6, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 40) is **ADOPTED and AFFIRMED.** The Amended Joint Motion for Approval of Settlement and Motion for Dismissal with Prejudice (Doc. No. 38, filed June 22, 2009) is **GRANTED.** The settlement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues.

This case is **DISMISSED WITH PREJUDICE,** subject to the Motion for Award of Attorney's Fees and Costs (Doc. No. 39, filed June 22, 2009) which shall be separately considered. The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this __23rd__ day of July, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record