# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

REYNALDO MORA,

    Plaintiff,

vs.                           CASE NO. 6:08-CV-954-ORL-19DAB

CEMEX, INC.,

    Defendant.

## ORDER

This case was considered by the Court on the Amended Report and Recommendation of the United States Magistrate Judge (Doc. No. 52, filed August 31, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Amended Report and Recommendation (Doc. No. 52) is **ADOPTED and AFFIRMED.** The Motion for Attorney's Fees and Costs (Doc. No. 39, filed June 22, 2009) is **GRANTED IN PART AND DENIED IN PART.** Attorney's fees in the total amount of **$3,085.00** are hereby awarded in favor of Plaintiff. Costs have been taxed by the Clerk.

**DONE AND ORDERED** at Orlando, Florida, this   29th   day of September, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record